**Order filed December 10, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00786-CV
_____

## MARK YOUNG D/B/A TEXCORE CONSTRUCTION SPECIALTIES, Appellant

## V.

## TRENTHAM CONSTRUCTION, INC., ET AL, Appellees

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-44044**

## ORDER

The notice of appeal in this case was filed November 17, 2020. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On November 20, 2020, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he has made arrangements to pay for the clerk's record on or before **December 28, 2020**. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.